```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PROSCAPE TECHNOLOGIES, INC.     :     CIVIL ACTION
                                :
         v.                     :
                                :
CEGEDIM SA PHARMA CRM DIVISION  :     NO. 09-cv-01217-JF
```

ORDER

AND NOW, this 21st day of April 2009, upon consideration of defendant's Motion to Stay Proceedings and Compel Arbitration, and plaintiff's response, IT IS ORDERED:

1. Defendant's motion for a stay of proceedings is GRANTED.

2. Until further order of this Court, this litigation and all pending proceedings in this litigation are hereby STAYED, effective immediately, in order to allow the parties to resolve all such disputes in arbitration, including all claims for preliminary or permanent injunctive relief.

                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.